Waiver of Indictr

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-CR-10232-JLT |
| ) | |
| MARTIN J. DRUFFNER ) | |

## WAIVER OF INDICTMENT

I, **MARTIN J. DRUFFNER**, the above-named defendant, who is accused of four count wire fraud in violation of 18 U.S.C. § 1343 and four counts of securities fraud in violation of U.S.C. §§ 78j(b) & 78ff(a), being advised of the nature of the charge(s), the proposed informat and my rights, hereby waive in open court on ___Sept. 19, 2005___ prosecution by indictm
(Date)
and consent that the proceeding may be by information instead of by indictment.

_____
Defenc

_____
Michael a Collo
Counsel for the Defenc

Before: _____
Judicial Officer
9/19/05