UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 05-CR-10232-JLT |
| ) | |
| MARTIN J. DRUFFNER, ) | |
| Defendant ) | |

JOINT MOTION TO ENLARGE TIME FOR DISPOSITION

The United States and Defendant Martin J. Druffner, by their respective undersigned counsel, jointly move this Court to continue the sentencing hearing in this case until after January 1, 2006. Sentencing is currently scheduled for December 12, 2005. As grounds for this motion, the parties represent that the additional time is requested in order to allow the defendant an opportunity to provide "substantial assistance" in the prosecution of other individuals, as called for in the parties' plea agreement. Under present circumstances, postponing sentencing is in the interest of both parties and serves the public interest as well. The parties also request that, if the court grants this motion, that it also order that U.S. Probation not begin the Pre-Sentence Report process until a new sentencing date is scheduled.

Respectfully submitted,

MICHAEL A. COLLORA                              MICHAEL J. SULLIVAN
                                                United States Attorney

*/s/Michael A. Collora*                    By:  */s/ Jack W. Pirozzolo*
Dwyer & Collora LLP                             JACK W. PIROZZOLO
600 Atlantic Avenue                             Assistant U.S. Attorney
Boston, MA 02210                                1 Courthouse Way, Suite 9200
(617) 371-1000                                  Boston, MA 02210
                                                (617) 748-3189

Counsel for Defendant Martin J. Druffner

September 27, 2005