UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | Case No. 1:05-cr-10232-JLT |
| MARTIN DRUFFNER, Defendant. | ) ) ) ) ) | |

### ASSENT TO MOTION OF DEFENDANT MARTIN DRUFFNER TO TRAVEL

COMES NOW, the Defendant, Martin Durffner, through undersigned counsel, and respectfully moves this Honorable Court to enter and order permitting him to travel to Mexico. As grounds for this motion, the Mr. Druffner states as follows:

1.  On September 20, 2005, Mr. Druffner waived indictment and pled to a two count criminal information. At that time, he was released by the Court on personal recognizance and was order to surrender his passport to Pre-Trial Services. At all times, the Mr. Druffner has complied with his bond conditions.

2.  Mr. Druffner wishes to travel with his wife to Mexico to attend the wedding of Chris Norwine and Amiee Leroy on February 17, 2007. Mr. Druffner would be leaving on February 15, 2007 and would return on February 20, 2007. While in Mexico, Mr. Druffner would be staying at the El Careyes resort in Costa Careyes, Jalisco, Mexico.

3.  Counsel for Mr. Druffner has presented this motion to Assistant United States Attorney Jack Pirozzolo who has assented to the motion.

WHEREFORE, Mr. Druffner respectfully requests that this Court enter and order allowing him to travel to Mexico from February 15, 2007 through February 20, 2007. Mr.

Druffner also requests that the Court's order instruct Pre-Trial Service to return his passport to him for the purpose of this trip.

        Respectfully submitted,

        Martin Druffner,
        By his attorneys,

        /S/ William J. Lovett_____
        Michael A. Collora (BBO # 092940)
        William J. Lovett (BBO #643525)
        Dwyer & Collora, LLP
        600 Atlantic Avenue
        Boston, MA 02210-2211
        (617) 371-1000
        Facsimile (617) 371-1037
        wlovett@dwyercollora.com

**CERTIFICATE OF SERVICE**

      I, William J. Lovett, certify a copy of this Assented to Motion of Martin Druffner To Travel has been shared with Assistant United States Attorney Jack Pirozzolo. I further certify that a true and correct copy of this Joint Stipulation was filed through the ECF System on this 14th day of December, 2006 and will be sent electronically to all counsel of record.

                                                  /S/ William J. Lovett_____
                                                  William J. Lovett

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   )  <br>                                                      )  <br>   v.                                             )   Case No. 1:05-cr-10232-JLT  <br>                                                      )  <br> MARTIN DRUFFNER,                     )  <br>            Defendant.                      )  | |

**PROPOSE ORDER**

Upon consider of the Assented to Motion of Martin Druffner to Travel, the motion it is hereby _____.

It is ORDERED that Martin Druffner be allowed to travel to Mexico, leaving February 15, 2007 and returning on February 21, 2007.

It is further ORDER that Pre-Trial Service will return Mr. Druffner's passport to him for the purpose of the trip. Mr. Druffner is ORDERED to return his passport to Pgre-Trial Service immediately upon his return.

_____
United State District Court Judge