UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>MARTIN DRUFFNER, )<br>        Defendant. )<br>) | Case No. 1:05-cr-10232-JLT |

### PROPOSE ORDER

Upon consider of the Assented to Motion of Martin Druffner to Travel, the motion it is hereby __Allowed__

It is ORDERED that Martin Druffner be allowed to travel to Mexico, leaving February 15, 2007 and returning on February 21, 2007.

It is further ORDER that Pre-Trial Service will return Mr. Druffner's passport to him for the purpose of the trip. Mr. Druffner is ORDERED to return his passport to Pgre-Trial Service immediately upon his return.

_____
United State District Court Judge
1/10/07